UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

DAVID L. WALTON and SARAH R. FRAME,      CASE NO. 08-68677

CHAPTER 13

Debtors,      HONORABLE STEVEN RHODES

_____/

DAVID L. WALTON and SARAH R. FRAME,

**Plaintiffs,**
v.

     ADV. PROC. CASE NO. 09-04254

COUNTRYWIDE,

**Defendant.**
_____/

## DEFAULT JUDGMENT

     Plaintiffs having filed their Complaint to Avoid Unsecured Mortgage on Debtors' Residence on February 10, 2009; the Defendant having failed to answer or otherwise respond to the Complaint; Default having been entered; Plaintiffs having filed their Application for Entry of Default Judgment pursuant to LBR 7055-1; and the Court being otherwise fully advised in the premises:

     IT IS ORDERED that:

1. The Value of Debtors' Residence is insufficient to support the Defendant's claim as a secured claim.

2. That upon successful completion of the Plaintiff's Chapter 13 Plan and the entry of an Order of Discharge, the Defendant's Mortgage shall be deemed Discharged.

3. That upon successful completion of the Plaintiff's Chapter 13 Plan and the entry of an Order of Discharge, this Judgment shall act as a Discharge of Defendant's Mortgage and may be recorded by the Wayne County Register of Deeds.

4. That Countrywide's claim upon the second mortgage in the underlying Bankruptcy Proceeding shall be allowed as an unsecured claim.
.

**Signed on April 14, 2009**

                                               _____/s/ Steven Rhodes_____
                                                   Steven Rhodes
                                                   **Chief Bankruptcy Judge**

     5.